

Master and/or Owners and/or Charterers of
MV MANUAL GUAL and
SCG Management BV
Eenrumermaar 2
9735 AD GRONINGEN
NEDERLAND

Mr. Edwin Prins

8400                                                      12-04-18

# INVOICE

| | | | |
|---|---|---|---|
| Invoice/Order nr. | : 201800815 | Vessel | : MANUAL GUAL |
| Ordered by | : Mr. Edwin Prins | Port | : Algeciras |
| Agents | : Wave Shipping | Date | : 09-04-18 |
| Your reference | : | | |

| Quantity | Product | Price | Amount USD |
|---|---|---|---|
| 80.433 MT | IFO 380 RMG 380 | USD 399.00 MT | USD 32.092,77 |
| 30.392 MT | M.G.O. DMA sulph. max 0.1% | USD 665.00 MT | USD 20.210,68 |
| 1.000 LPS | Barging | USD 3.500,00 LPS | USD 3.500,00 |

**Total amount** USD 55.803,45

Payment : We request you to pay by telegraphic transfer, 30 days after date of delivery

Rabobank International, Utrecht, The Netherlands
In favour of    : S.B.I. (Sea Bunkering International) BV
Account nr     : 31.48.54.673
Swift code     : RABONL2U
IBAN           : NL76 RABO 0314 854673
Cheques will not be accepted. All charges to be for remitters' account

Duedate          : 09-05-18
Our VAT-number   : NL009732627B01

S.B.I. (Sea Bunkering International) BV
Hereplein 5
NL-9711 GA Groningen
The Netherlands
E: sbi@sbigroup.nl
www.sbigroup.nl

This invoice is subject to the general conditions of sale and delivery of SBI Holding Group, Groningen, The Netherlands, deposited at the District Court of Groningen, on 16th May, filed under nr. 08 / 10. A copy of these conditions will be sent to you upon first request.

bunkering
T: +31 50 4099 140
F: +31 50 4099 141

lubricants
T: +31 50 4099 150
F: +31 50 4099 151




EXHIBIT A



**PROPIETARIO DEL PRODUCTO - PENINSULA PETROLEUM S.L.**
Edificio Arttysur, Oficina 05-10, Carretera de Acceso a Central Térmica
S/N, Parque Empresarial y Tecnológico Las Marismas de Palmones
11370, Los Barrios (Cádiz) Spain  Tel: +34 956 668 968
Email: bunkers@peninsulapetroleum.com
AUTORIZACION No EA-PS 992     NIF B11905163

## BUNKER DELIVERY NOTE

| DEPENDENCIA SUMINISTRADORA / BUNKER INSTALLATIONS | N.I.F. | Nº C.A.E. | FECHA SUMINISTRO / DELIVERY DATE | Nº BDN / BDN Nº |
|---|---|---|---|---|
| VOPAK TERMINAL | A-84312024 | ES00011H7012Q | 09/04/2018 | 18070053004 |
| PORT / PUERTO | | PUNTO DE ENTREGA / SUPPLY POINT | | Nº RECIBO / RECEIPT Nº |
| ALGECIRAS | | FONDEO | | 76251 |
| NOMBRE DEL BUQUE / VESSEL´S NAME | | Nº IMO / IMO NUMBER | BANDERA / FLAG | PUERTO |
| MANUEL GUAL | | 9397183 | PANAMA | PANAMA |
| DESTINATION | PAIS / COUNTRY | ARMADOR / OWNER | | |
| ORDERS | ORDERS | T MORCO SHIPMANAGEMENT | | |
| CLIENTE / CUSTOMER | | N.I.F. | CONSIGNATARIO / PORT AGENT | N.I.F. |
| PENINSULA PETROLEUM LIMITED | | IE6398557E | WAVE SHIPPING DEL ESTRECHO | B-51032241 |

### METHODS OF DELIVERY

| BARGES | X 001 | BARGES GIBUNKER 100 IMO 9342633 | PIPE LINE | 002 | TANK TRUCK | 003 | OTHERS | 004 |

| PRODUCTS PRODUCTOS | SUBJECT EPIGRAFE | SUPPLIED QUANTITIES CANTIDADES SUMINISTRADAS | | DENSITY DENSIDAD | VISCOSITY cSt VISCOSIDAD cSt | %SULPHUR % AZUFRE | FLASH POINT ºC INFLAMABILIDAD ºC |
|---|---|---|---|---|---|---|---|
| | | MT | m³ @ 15ºC | kg/m³ @ 15ºC | | (% m/m) | |
| IFO 380 cts | 1.5 | 80.433 | 81.957 | 981.4 | 325.3 | 2.350 | 72.0 |

**Declaración del Representante del Proveedor:**
El producto suministrado en esta entrega, firmado y certificado por el representante del suministrador, esta en conformidad con el parrafo aplicable de la regulación 14.1 o 14.4 y la regulación 18.3 del Anexo VI del Convenio MARPOL 73/78.

**Declaration of Supplier's Representative:**
The fuel oil supplied in this delivery is signed and certified by the fuel oil supplier's representatives that the fuel oil supplied is in conformity with the applicable paragraph of regulation 14.1 or 14.4 and regulation 18.3 Annex VI of MARPOL 73/78.

### TIME SHEET

| | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE | | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCKED / ANCHORED | 2018 | 4 | 9 | 19 | 45 | COMPLETED | 2018 | 4 | 9 | 23 | 10 |
| CONNECTED | 2018 | 4 | 9 | 21 | 40 | DISCONNECTED | 2018 | 4 | 9 | | |
| COMMENCED | 2018 | 4 | 9 | 22 | 30 | BARGE / TRUCK OVERTIME | | | | HORAS / HOURS | MINUTOS / MINUTES |

### BLENDING

| | | Tm OF | | | | | Tm OF | |
| IFO | cSt | Tm OF | | IFO | cSt | | Tm OF | |
| | | Tm OF | | | | | Tm OF | |

Recibidas las cantidades indicadas para consumo en buque que no realiza navegación privada de recreo, junto con las muestras representativas y Marpol dentro los productos.
Received on board the stated quantities to be used as bunker in commercial shipping, together with representative and Marpol samples.

FIRMA DEL CAPITAN Y SELLO DEL BUQUE / MASTER'S SIGNATURE AND VESSEL'S STAMP

FIRMA RESPONSABLE SUMINISTRO / SUPPLIER'S REPRESENTATIVE SIGNATURE
CARGO OFFICER
JUAN CARLOS DIAZ

C/E [signature]
CHIEF ENGINEER
M/V "MANUEL GUAL"

[stamp: M/T GIBUNKER 100 IMO 9342633]

| | IFO 380 cts | | REMARKS |
|---|---|---|---|
| MUESTRA BUQUE / SHIP'S SAMPLE PRECINTO NUMERO / SEAL NUMBER | 127191 | | |
| MUESTRA SUMINISTRADOR / SUPPLIER'S SAMPLE PRECINTO NUMERO / SEAL NUMBER | 127192 | | |
| MUESTRA CUSTODIA / SUPPLIER'S CUSTODY SAMPLE PRECINTO NUMERO / SEAL NUMBER | 127193 | | |
| MUESTRA MARPOL 73/78 / MARPOL 73/78 SAMPLE PRECINTO NUMERO / SEAL NUMBER (*** See Below) / MUESTRA PARA EL BUQUE / VESSEL'S SAMPLE | 147073 | | |
| MUESTRA MARPOL 73/78 / MARPOL 73/78 SAMPLE PRECINTO NUMERO / SEAL NUMBER (*** See Below) / MUESTRA DEL SUMINISTRADOR / SUPPLIER'S SAMPLE | 147074 | | |

*** The Marpol sample is to be kept under the ship's custody at least 12 months / La muestra Marpol debe ser retenida a bordo al menos 12 meses
El Vendedor no está vinculado por los términos y condiciones de la póliza de fletamento del buque. No se admiten sellos o cartas de protesta que impidan el embarque del buque incluidas o que se puedan incluir en los documentos de entrega de combustible del buque.
Seller shall not be bound neither by Buyer's charterparty terms nor by any No Lien stamps or any wording similar in nature and/or meaning on any document including but not limited to bunker delivery receipts.



PROPIETARIO DEL PRODUCTO - PENINSULA PETROLEUM S.L.
Edificio Arttysur, Oficina OS-10, Carretera de Acceso a Central Térmica
S/N, Parque Empresarial y Tecnológico Las Marismas de Palmones
11370, Los Barrios (Cádiz) Spain   Tel: +34 956 668 968
Email: bunkers@peninsulapetroleum.com
AUTORIZACION No EA-PS 992      NIF B11905163

## BUNKER DELIVERY NOTE

| DEPENDENCIA SUMINISTRADORA / BUNKER INSTALLATIONS | N.I.F. | Nº C.A.E | FECHA SUMINISTRO / DELIVERY DATE | Nº BDN / BDN Nº |
|---|---|---|---|---|
| VOPAK TERMINAL | A-84312024 | ES00011H7012Q | 09/04/2018 | 18070051003 |
| PORT / PUERTO | | PUNTO DE ENTREGA / SUPPLY POINT | | Nº RECIBO / RECEIPT Nº |
| ALGECIRAS | | FONDEO | | 76251 |
| NOMBRE DEL BUQUE / VESSEL'S NAME | | Nº IMO / IMO NUMBER | BANDERA / FLAG | PUERTO DE MATRICULA / PORT OF REGISTER |
| MANUEL GUAL | | 9397183 | PANAMA | PANAMA |
| DESTINATION | PAIS / COUNTRY | ARMADOR / OWNER | | |
| ORDERS | ORDERS | TMORCO SHIPMANAGEMENT | | |
| CLIENTE / CUSTOMER | | N.I.F. | CONSIGNATARIO / PORT AGENT | N.I.F. |
| PENINSULA PETROLEUM LIMITED | | IE6398557E | WAVE SHIPPING DEL ESTRECHO | B-51032241 |

### METHODS OF DELIVERY

| | BARGES | | | | | | |
|---|---|---|---|---|---|---|---|
| X BARGES 001 | GIBUNKER 100 IMO 9342633 | PIPE LINE 002 | | TANK TRUCK 003 | | OTHERS 004 | |

| PRODUCTS PRODUCTOS | SUBJECT EPIGRAFE | SUPPLIED QUANTITIES CANTIDADES SUMINISTRADAS | | DENSITY DENSIDAD kg/m³ @ 15°C | VISCOSITY cSt VISCOSIDAD cSt | %SULPHUR % AZUFRE (% m/m) | FLASH POINT °C INFLAMABILIDAD °C |
|---|---|---|---|---|---|---|---|
| | | MT | m³ @ 15°C | | | | |
| M.G.O. | 1.5 | 30.392 | 34.509 | 880.7 | 5.145 | 0.092 | 77.0 |

**Declaración del Representante del Proveedor:**
El producto suministrado en esta entrega, firmado y certificado por el representante del suministrador, esta en conformidad con el parrafo aplicable de la regulacion 14.1 o 14.4 y la regulacion 18.3 del Anexo VI del Convenio MARPOL 73/78.

**Declaration of Supplier's Representative:**
The fuel oil supplied in this delivery is signed and certified by the fuel oil supplier's representatives that the fuel oil supplied is in conformity with the applicable paragraph of regulation 14.1 or 14.4 and regulation 18.3 Annex VI of MARPOL 73/78.

### TIME SHEET

| | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE | | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCKED / ANCHORED | 2018 | 4 | 9 | 19 | 45 | COMPLETED | 2018 | 4 | 9 | 22 | 24 |
| CONNECTED | 2018 | 4 | 9 | 21 | 30 | DISCONNECTED | 2018 | 4 | 9 | HORAS / HOURS | MINUTOS / MINUTES |
| COMMENCED | 2018 | 4 | 9 | 21 | 55 | BARGE / TRUCK OVERTIME | | | | | |

### BLENDING

| | | Tm OF | | | | Tm OF | |
|---|---|---|---|---|---|---|---|
| IFO | cSt | Tm OF | | IFO | cSt | Tm OF | |
| | | Tm OF | | | | Tm OF | |

Recibida las cantidades indicadas para consumo en buque que no realiza navegación privada de recreo, junto con las muestras representativas y Marpol detrás km productos.
Received on board the stated quantities to be used as bunker in commercial.

FIRMA DEL CAPITAN Y SELLO DEL BUQUE / MASTER'S SIGNATURE AND VESSEL'S STAMP

FIRMA RESPONSABLE SUMINISTRO
SUPPLIER'S REPRESENTATIVE SIGNATURE

*[signature]* CHIEF ENGINEER
MV 'MANUEL GUAL'

CARGO OFFICER
JUAN CARLOS DIAZ

*[stamp: M/T GIBUNKER 100 IMO 9342633]*

| | M.G.O. | | | REMARKS | |
|---|---|---|---|---|---|
| MUESTRA BUQUE / SHIP'S SAMPLE PRECINTO NUMERO / SEAL NUMBER | 127194 | | | | |
| MUESTRA SUMINISTRADOR / SUPPLIER'S SAMPLE PRECINTO NUMERO / SEAL NUMBER | 127195 | | | | |
| MUESTRA CUSTODIA / SUPPLIER'S CUSTODY SAMPLE PRECINTO NUMERO / SEAL NUMBER | 127196 | | | | |
| MUESTRA MARPOL 73/78 / MARPOL 73/78 SAMPLE PRECINTO NUMERO / SEAL NUMBER (*** See Below) ( MUESTRA PARA EL BUQUE / VESSEL'S SAMPLE) | 147075 | | | | |
| MUESTRA MARPOL 73/78 / MARPOL 73/78 SAMPLE PRECINTO NUMERO / SEAL NUMBER (*** See Below) (MUESTRA DEL SUMINISTRADOR / SUPPLIER'S SAMPLE) | 147076 | | | | |

*** The Marpol sample is to be kept under the Ship's custody at least 12 months / La muestra Marpol debe ser retenida a bordo al menos 12 meses
el vendedor no está vinculado por los términos y condiciones de la póliza de fletamento del buque. No se admite



Master and/or Owners and/or Charterers of
MV MANUAL GUAL and
SCG Management BV
Eenrumermaar 2
9735 AD GRONINGEN
NEDERLAND

06-04-18

# ORDER CONFIRMATION

| Ordernr. | : 201800815 | Vessel | : MANUAL GUAL |
|---|---|---|---|
| Ordered by | : Mr. Edwin Prins | Port | : Gibraltar |
| Agents | : Wave Shipping | E.T.A. | : 09/11-04-2018 |
| Your reference | : | | |

| Quantity | | Product | | Price | Supplier |
|---|---|---|---|---|---|
| 80 | MT | IFO 380 RMG 380 | USD | 399.00 MT | PENINSULA |
| 30 | MT | M.G.O. DMA sulph. max 0.1% | USD | 665.00 MT | PENINSULA |
| 1 | LPS | Barging | USD | 3.500.00 LPS | PENINSULA |

GIB/ALG (Suppliers Option) by barge, 9th-10th Best endeavours, 11th okay
ISO 8217:2010 specs

Payment within    : 30 days after date of delivery

This contract is subject to the general conditions of sale and delivery of SBI Holding Group, Groningen,
the Netherlands, deposited at the District Court of Groningen on May 16th 2008, filed under nr. 08/10.
A copy of these conditions will be sent to you upon first request.

**Patrick Benink**

S.B.I. (Sea Bunkering International) BV
Hereplein 5
NL-9711 GA  Groningen
The Netherlands
E: sbi@sbigroup.nl
www.sbigroup.nl



bunkering
T: +31 50 4099 140
F: +31 50 4099 141

lubricants
T: +31 50 4099 150
F: +31 50 4099 151